# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| CHRIS BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:19-cv-00626-MHH-GMB |
| COMMISSIONER JEFFERSON DUNN, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on July 13, 2021, recommending that the Court dismiss without prejudice Mr. Baker's claims against Cedric Specks pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. (Doc. 44, p. 14). The Magistrate Judge also treated the special reports filed by the other defendants as motions for summary judgment and recommended that the Court grant the motions. (Doc. 44, p. 14). The Magistrate Judge advised the parties of their right to file specific written objections to his report within 14 days. (Doc. 44). To date, the Court has not received objections to the report.

Having reviewed the materials in the Court's electronic docket for this case, the Court adopts the Magistrate Judge's report and accepts his recommendation. Accordingly, by separate order, the Court will dismiss Mr. Baker's claims against Cedric Specks without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil

Procedure, and the Court will enter judgment for the remaining defendants on Mr. Baker's remaining claims.

    **DONE** and **ORDERED** this August 6, 2021.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE